Case 16-2021-CA-000659-XXXX-MA

| Department | Circuit Civil | Division | CV-D |
|---|---|---|---|
| Case Status | OPEN | File Date | 2/4/2021 11:22:34 AM |
| Judge Name | NORTON, VIRGINIA B. | Officer | |
| Private Attorney | Shamis, Andrew John | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| LAUREN HOLDEN | PLAINTIFF / | 14 NE 1ST AVE, STE. 705<br>MIAMI, FL33132 |
| LAUREN Holden, On Behalf Of All Others Similarly Situated | PLAINTIFF / | 14 NE 1ST AVE, STE. 705<br>MIAMI, FL33132 |
| BANANA REPUBLIC, LLC | DEFENDANT / B | 1200 SOUTH PINE ISLAND ROAD<br>PLANTATION, FL33324 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Shamis, Andrew John<br>Private Attorney (101754) | 14 NE 1st Ave Ste 1205<br>Miami, FL33132-2408 | LAUREN HOLDEN (PLAINTIFF) |
| Berg, Garrett O<br>Private Attorney (1000427) | 14 NE 1st Ave Ste 705<br>Miami, FL33132-2411 | LAUREN HOLDEN (PLAINTIFF) |
| Hiraldo, Manuel Santiago<br>Private Attorney (30380) | 401 E Las Olas Blvd Ste 1400<br>Fort Lauderdale, FL33301-2218 | LAUREN HOLDEN (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 02/04/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 02/04/2021 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 2/4/2021<br>2/4/2021 | OTHER CIRCUIT CIVIL - OTHER | | |
| 2<br>D2 | -- | 2/4/2021<br>2/4/2021 | COVER SHEET | 3 | Available<br>VOR, Ready to view |
| 3<br>D3 | -- | 2/4/2021<br>2/4/2021 | COMPLAINT | 9 | Available<br>VOR, Ready to view |
| 4<br>D4 | -- | 2/4/2021<br>2/4/2021 | SUMMONS ISSUED TO BANANA REPUBLIC, LLC | 1 | Available<br>VOR, Ready to view |
| 5<br>D5 | -- | 2/4/2021<br>2/4/2021 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 3805583 | 1 | Available<br>Public access |
| 6 | -- | 2/4/2021<br>2/4/2021 | DEMAND FOR JURY TRIAL | | |

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 7 / D7 | -- | 2/10/2021 / 2/10/2021 | NOTICE OF APPEARANCE OF COUNSEL MANUEL HIRALDO FOR LAUREN HOLDEN | 1 | Available / Public access |
| 8 / D8 | -- | 2/18/2021 / 2/19/2021 | SUMMONS RETURNED INDICATING SERVICE -BANANA REPUBLIC (CORP SERVED DONNA MOCH, REG AGENT) 2-10-21 @2:40PM | 2 | Available / Public access |
| 9 / D9 | -- | 3/1/2021 / 3/2/2021 | NOTICE OF APPEARANCE OF COUNSEL GARRETT BERG FOR LAUREN HOLDEN | 2 | Available / Public access |
| 10 / D10 | -- | 3/9/2021 / 3/9/2021 | NOTICE OF SERVICE (PLTFS) OF FIRST SET OF DISCOVERY REQUESTS TO DEFT | 3 | Available / VOR, Ready to view |