# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lauren Holden, individually and on behalf of all others similarly situated

### DEFENDANTS
Banana Republic, LLC

**(b)** County of Residence of First Listed Plaintiff: Duval County, Florida
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Delaware and California
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Shamis & Gentile, P.A., 14 NE 1st Avenue, Suite 705, Miami, Florida, 33132 (see attachment)

Attorneys *(If Known)*
Buchanan Ingersoll & Rooney P.C., 401 E. Jackson St., Suite 2400, Tampa FL 33602 (see attachment)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [x] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441, 1446, and 1453

Brief description of cause:
Class action alleging unlawful interception of Plaintiff's electronic communications in violation of Florida Security of Communications Act § 934.03

## VII. REQUESTED IN COMPLAINT:
[x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Statutory, over $5 mil

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY *(See instructions):*
JUDGE (see attached)
DOCKET NUMBER (see attached)

DATE: 3/11/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Ashley Bruce Trehan FBN 0043411

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

*Holden v. Banana Republic, LLC*

# **Attachment to Civil Cover Sheet**

## Section I(c) Attorney Information

### *Plaintiff's attorneys:*

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132

Scott Edelsberg, Esq.
scott@edelsberglaw.com
EDELSBERG LAW, PA
20900 NE 30th Ave., Suite 417
Aventura, FL 33180

Manuel Hiraldo, Esq.
MHiraldo@Hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

### *Defendant's attorneys:*

Ashley Bruce Trehan, FBN 0043411
ashley.trehan@bipc.com
Jordan D. Maglich, FBN 0086106
jordan.maglich@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Jackson Street, Suite 2400
Tampa, FL  33602
Tel: (813) 228-8180
Fax: (813) 229-8189

Michael G. Rhodes, *LEAD COUNSEL*
rhodesmg@cooley.com
Kyle C. Wong
kwong@cooley.com
Aarti Reddy
areddy@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Tel: (415) 693-2000
Fax: (415) 693-2222
(*pro hac vice* motions forthcoming)

Jessie Simpson LaGoy
jsimpsonlagoy@cooley.com
Zaneta J. Kim
zkim@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400
(*pro hac vice* motions forthcoming)

**Section VIII – Related Cases**

- *Swiggum v. Ean Services, LLC*, Case No. 8:21-cv-00493-TPB-CPT (M.D. Fla.) (U.S. District Judge Thomas P. Barber)
- *Goldstein v. Fandango Media, LLC*, Case No. 9:21-cv-80466-RAR (S.D.Fla.) (U.S. District Judge Rodolfo A. Ruiz, II)
- *Holden v. Old Navy, LLC*, Case No. 2021-CA-000672 (4th Jud. Ct. Duval County) (Circuit Court Judge Katie L. Dearing)
- *Holden v. Fossil Group, Inc.*, Case No. 2021-CA-000673 (4th Jud. Ct. Duval County) (Circuit Court Judge Eric Roberson)
- *Smart v. Bose Corp.*, Case No. 5:21-cv-00142-JSM-PRL (M.D. Fla.) (U.S. District Judge James S. Moody)
- *Harris v. Edward D. Jones & Co.*, Case No. 2021-CA-000963 (4th Jud. Ct. Duval County) (Circuit Court Judge Katie L. Dearing)
- *Liberto v. The Gap, Inc.*, Case No. 2021-CA-000349 (1st Jud. Ct. Escambia County) (Circuit Court Judge Linda L. Nobles)
- *Liberto v. Dillard's Inc.*, Case No. 2021-CA-000350 (1st Jud. Ct. Escambia County) (Circuit Court Judge Gary L Bergosh)
- *Zarnesky v. Frontier Airlines, Inc.*, Case No. 2021 30199 CICI (7th Jud. Ct. Volusia County) (Circuit Court Judge Leah R. Case)
- *Londers v. Intel Corporation*, Case No. 2021-CA-000301 (5th Jud. Ct. Lake County) (Circuit Court Judge Brian J. Welke)
- *Benstine v. Lumen Technologies, Inc.*, Case No. 2021-CA-001041 (20th Jud. Ct. Lee County) (Circuit Court Judge Keith R. Kyle)
- *Vicario v. Disney Store USA, LLC*, Case No. 2021-CA-0003655-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Judge Carlos Lopez)
- *Underhill v. HSN, Inc.*, Case No. 2021-CA-000290 (4th Jud. Ct. Duval County) (Circuit Court Judge Katie L. Dearing)
- *Goldstein v. Costco Wholesale Corporation*, Case No. 50-2021-CA-001558 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge John S. Kastrenakes)
- *Goldstein v. T-Mobile USA Inc.*, Case No. 2021-CA-001752 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge Joseph Marx)
- *Goldstein v. Luxottica of America, Inc. dba Ray-Ban*, Case No. 2021-CA-001728 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge Joseph Marx)
- *Goldstein v. Avis Budget Group, Inc.*, Case No. 2021-CA-001597 (15th Jud. Ct. Palm Beach County) (Circuit Court Judge John S. Kastrenakes)
- *Marshall v. WebMD LLC*, Case No. 2021-CA-000517 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)
- *Jacome v. Spirit Airlines, Inc.*, Case No. 2021-000947-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Court Judge Carlos Lopez)

- *Holden v. NortonLifeLock Inc.*, Case No. 2021-CA-000731 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Vicario v. The Neiman Marcus Group LLC*, Case No. 2021-003529-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Judge Alan Fine)
- *Vicario v. Puma North America, Inc.*, Case No. 2021-003535-CA-01 (11th Jud. Ct. Miami-Dade County) (Circuit Judge Maria de Jesus Santovenia)*Swiggum v. Beall's Inc.*, Case No. 2021-CA-000168 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)
- *Smart v. The Home Depot Inc.*, Case No. 2021-CA-000296 (5th Jud. Ct. Marion County) (Circuit Court Judge Edward Scott)
- *Perez v. Western Union Holdings*, Case No. CACE21003115 (17th Jud. Ct. Broward County) (Circuit Court Judge William W. Haury, Jr.)
- *Zarnesky v. Adidas America Inc.*, Case No. 2021 30201 CICI (7th Jud. Ct. Volusia County) (Circuit Court Judge Mary G. Jolley)
- *Harris v. Euromarket Designs Inc. dba Crate and Barrel*, Case No. 2021-CA-000907 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Belanger v. Norwegian Cruise Line Holdings Ltd.*, Case No. 2021 30222 CICI (7th Jud. Ct. Volusia County) (Circuit Court Judge Mary J. Jolley)
- *Harris v. Six Continents Hotels Inc.*, Case No. 2021-CA-001043 (4th Jud. Ct. Duval County) (Circuit Court Judge Gary Wilkinson)
- *Leace v. General Motors LLC*, Case No. CACE21004374 (17th Jud. Ct. Broward County) (Circuit Court Judge Jeffery R. Levenson)
- *Neal v. Container Store Inc.*, Case No. CACE21004409 (17th Jud. Ct. Broward County) (Circuit Court Judge Jeffery R. Levenson)
- *Makkinje v. AthenaHealth, Inc.*, Case No. 2021-CA-000898 (12th Jud. Ct. Manatee County) (Circuit Court Judge Charles Sniffen)